# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE, an Iowa corporation, as subrogee of COOPERATIVE PRODUCERS, INC., a Nebraska corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE GSI GROUP, LLC, a Delaware corporation, and AGCO CORPORATION OF DELAWARE, a Delaware corporation,<br><br>　　　　　Defendants. | 8:20CV58<br><br>ORDER |

　　This matter is before the Court on Plaintiff's Motion to Change Place of Trial to Lincoln, Nebraska ([Filing No. 11](#)). Plaintiff requests that the place of trial be moved from Omaha, Nebraska to Lincoln, Nebraska. Defense counsel notified the Court by email that the defendants do not oppose the motion. Upon review of Plaintiff's motion, and with due consideration of the relevant factors pursuant to NECivR 40.1(b)(2), the Court finds that the place of trial should be moved to Lincoln, Nebraska. Accordingly,

　　**IT IS ORDERED:** Plaintiff's Motion to Change Place of Trial to Lincoln, Nebraska ([Filing No. 11](#)) is granted. The Clerk of Court shall amend the docket sheet to reflect the place of trial is Lincoln, Nebraska.

　　Dated this 18th day of February, 2020.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s./Michael D. Nelson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge