IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE, an Iowa corporation, as subrogee of Cooperative Producers, Inc., a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>THE GSI GROUP, LLC, a Delaware corporation; and AGCO CORPORATION OF DELAWARE, a Delaware corporation;<br><br>Defendants.<br>---------------------------------------------------------<br>THE GSI GROUP, LLC, a Delaware corporation and AGCO CORPORATION OF DELAWARE, a Delaware corporation,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>TODD & SARGENT, INC., an Iowa corporation,<br><br>Third-Party Defendant. | 8:20CV58<br><br>**ORDER** |

This matter comes before the Court on the parties' Joint Stipulation and Motion to Dismiss with Prejudice (Filing No. 70). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs.

Dated this 21st day of June, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge